908

No. 547. REDDITT ET AL. *v.* HALE ET AL. C. A. 8th Cir. Certiorari denied. *Edward P. Russell* for petitioners. *Joe C. Barrett* for respondents.

No. 550. UNITED STATES *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD CO. ET AL. C. A. 7th Cir. Certiorari denied. *Solicitor General Cummings* and *Robert L. Stern,* then Acting Solicitor General, for the United States. *Eldon Martin* and *Andrew C. Scott* for the Chicago, Burlington & Quincy Railroad Co.; and *Edmund Burke* for the Gulf, Mobile & Ohio Railroad Co., respondents.

No. 552. MID-STATES FREIGHT LINES, INC. ET AL. *v.* BATES ET AL. Court of Appeals of New York. Certiorari denied. *Hyman N. Glickstein* for petitioners. *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *John C. Crary, Jr.* and *Robert W. Bush,* Assistant Attorneys General, for respondents.

No. 553. SMITH ET AL. *v.* THE MORMACDALE ET AL. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* and *Charles Lakatos* for petitioners. *Mark D. Alspach* and *T. E. Byrne, Jr.* for respondents.

No. 554. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN *v.* CENTRAL OF GEORGIA RAILWAY CO. ET AL. C. A. 5th Cir. Certiorari denied. *Harold C. Heiss* and *Russell B. Day* for petitioner. *A. R. Lawton* and *James N. Frazer* for the Central of Georgia Railway Co.; and *Clarence E. Weisell* and *W. Colquitt Carter* for the Grand International Brotherhood of Locomotive Engineers et al., respondents.